UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 1:21-cv-01249-MSN-IDD |
| v. | ) |
| JOHN DOE infringer identified as using IP address 71.127.34.131, | ) |
|     Defendant. | ) |

## **ORDER**

THIS CAUSE came before the Court upon Plaintiff's E*x-Parte* Motion for Entry of an Order Extending the Time Within Which to Effectuate Service on John Doe Defendant with a Summons and Complaint ("Motion") [Dkt. No. 8]. Upon consideration of the motion and for good cause shown based upon excusable neglect, it is hereby

ORDERED that Plaintiff's Motion is **GRANTED in part and DENIED in part**. It is further

ORDERED that Plaintiff shall have until March 28, 2022 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this __14th__ day of _____February_____, 2022.

                                                      /s/ Ivan D. Davis
                                                    Ivan D. Davis
Alexandria, Virginia                 United States Magistrate Judge